IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Armstrong Sr, Douglas | Case Number: 07 B 23448 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 14, 2008
Confirmed: March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,608.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,503.48 |
| Trustee Fee: | | 104.52 |
| Other Funds: | | 0.00 |
| Totals: | 1,608.00 | 1,608.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,934.00 | 1,503.48 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 30,328.96 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 1,314.99 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 6. | Target National Bank | Unsecured | 485.32 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,239.41 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 827.58 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 2,910.00 | 0.00 |
| 10. | Andrea Simmons | Priority | | No Claim Filed |
| 11. | Erica Woods | Priority | | No Claim Filed |
| 12. | AFNI | Unsecured | | No Claim Filed |
| 13. | Medical Payment Data | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 16. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 17. | Evergreen Professional Recoveries | Unsecured | | No Claim Filed |
| | | | $ 40,290.26 | $ 1,503.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 104.52 |
| | $ 104.52 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Armstrong Sr, Douglas

Printed:  9/30/08

Case Number:  07 B 23448
Judge:  Wedoff, Eugene R
Filed:  12/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

